IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ROLANDO RIOS,<br>Institutional ID No. 92312,<br><br>       Plaintiff,<br><br>v.<br><br>DANIEL STEEN, *et al.*,<br><br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:25-CV-008-BV |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's amended complaint and all claims alleged therein are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on November  5 , 2025

_____
**AMANDA 'AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**